No. 5568.—SINGALA, apldo., *v.* TITLEY, aplte.—C. D. Mayagüez. ▉▉▉▉▉▉ Febrero 11, 1931.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

POR CUANTO, dictada sentencia de desahucio en este caso

el 6 de octubre de 1930, la parte demandada apeló y fué solicitando prórrogas para perfeccionar el recurso hasta dejar fenecer la última a principios de enero de 1931 sin que lo hiciera; y

POR CUANTO, basándose en ello y en no haberse, como no se ha radicado la transcripción en esta corte dentro del término de ley, la parte apelada solicitó la desestimación del recurso por moción de 9 de enero último, notificada a la parte contraria, sin que ésta nada haya alegado por escrito ni oralmente en la vista de la moción celebrada sin asistencia de las partes el 9 de febrero actual,

POR TANTO, se declara con lugar la moción de la apelada y en su consecuencia se desestima, por abandono, el recurso.